**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Joseph Mosh CURLEY, Defendant– Appellant.**

**No. 08–10329.**

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 23, 2009.

Darcy A. Cerow, Esquire, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Milagros Anais Cisneros, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Joseph Mosh Curley appeals from the 42–month sentence imposed following revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Curley contends that the district court erred by failing to articulate sufficiently compelling reasons for imposing a sentence substantially above the U.S. Sentencing Guidelines range. This contention lacks merit. *See United States v. Leonard,* 483 F.3d 635, 637 (9th Cir.2007); *see also United States v. Simtob,* 485 F.3d 1058, 1062–63 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.